No. 00–14. PENO ET UX. *v.* STATE FARM FIRE & CASUALTY CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–15. PAYNE-ALI ET UX. *v.* ST. JAMES MUTUAL HOMES, INC. Ct. App. D. C. Certiorari denied.

No. 00–16. MICHAEL MULLETT *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. Super. Ct. Pa. Certiorari denied.

No. 00–17. ARABIAN SHIELD DEVELOPMENT CO. *v.* CENTRAL INTELLIGENCE AGENCY. C. A. 5th Cir. Certiorari denied.

No. 00–19. SMITHKLINE BEECHAM CONSUMER HEALTHCARE, L. P. *v.* WATSON PHARMACEUTICALS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–20. VOLOCHTCHOUK *v.* CALIFORNIA. App. Div., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 00–21. ROSS *v.* UNUM LIFE INSURANCE COMPANY OF AMERICA. C. A. 4th Cir. Certiorari denied.

No. 00–22. SIGN-A-WAY, INC. *v.* MECHTRONICS CORP. C. A. Fed. Cir. Certiorari denied.

No. 00–23. SEREDY ET AL. *v.* RACANSKY. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 00–25. LITTLETON *v.* PRANGE. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 00–26. JOHNSON *v.* MT. AIRY BAPTIST CHURCH ET AL. Ct. App. D. C. Certiorari denied.

No. 00–27. MATASSARIN *v.* LYNCH ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–30. MOODY, AKA LAM *v.* MOODY ET AL. Int. Ct. App. Haw. Certiorari denied.

No. 00–32. ILLINOIS *v.* QUICK. App. Ct. Ill., 3d Dist. Certiorari denied.